# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| TIMOTHY P. ALEXANDER § | |
| § | |
| v. § | |
| § | |
| DALLAS COUNTY HEALTH AND § | |
| HUMAN SERVICES, ROCHELLE § | |
| SERRELL, SHAGALA THOMAS, § | CIVIL ACTION NO. 3:23-CV-2776-S-BT |
| YESSENIA ALVAREZ, BLANCA § | |
| CARDENAS, ALTHEA § | |
| CHADERTON, MASOOMA HYDER, § | |
| PHILIP HUANG, KATY WOMBLE, § | |
| GANESH SHIRVARAMAIYER, § | |
| MARK EDWARDS, ANDREA § | |
| COKES, and HECTOR FAULK § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff Timothy P. Alexander's eviction proceedings, captioned as *Sharon Moore Family Trust by Lochhead Properties, Inc. v. Timothy P. Alexander & Cindy Davis*, JPC-23-04905-22, are **REMANDED** to the Dallas County Justice of the Peace Court for Precinct 2, Place 2. *See* ECF No. 13. The Court also **DENIES** Plaintiff's motion for an injunction to enjoin those proceedings [ECF No. 2].

**SO ORDERED.**

SIGNED February 27, 2024.

*[signature]*

**UNITED STATES DISTRICT JUDGE**