# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| TIMOTHY P. ALEXANDER | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 3:23-CV-2776-S-BT |
| DALLAS COUNTY HEALTH AND | § |
| HUMAN SERVICES DEPARTMENT, | § |
| et al. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 27, 2025.

_____
**UNITED STATES DISTRICT JUDGE**